```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/20

OLUDOTUN AKINDE,

                              Plaintiff,

-v -

NEW YORK CITY HEALTH AND HOSPITAL
CORPORATION and SHARI SINGLETON,

                             Defendants.

---------------------------------------------------------------X

1:16-cv-08882-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      The status conference scheduled for July 9, 2020 at 4:00 p.m. is adjourned to July 22, 2020 at 4:30 p.m. The joint status letter described in the Case Management Plan and Scheduling Order, Dkt. No. 50, is due no later than July 15, 2020. In accordance with the Court's Emergency Rules related to the COVID-19 pandemic, the status conference will be held via conference call. The parties are directed to the Court's Emergency Rules, which are available on the Court's website, for dial-in numbers for the conference and other relevant information. Defendants are directed to serve a copy of this order on Plaintiff, and to file proof of such service.

      SO ORDERED.

Dated: April 1, 2020

                                                               GREGORY H. WOODS
                                                               United States District Judge