USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/20



**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**M. Adil Yaqoob**
*Assistant Corporation Counsel*
Phone: (212) 356-0879
myaqoob@law.nyc.gov

December 14, 2020

**By ECF**
Honorable Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

      Re:    Akinde v. New York City Health and Hospitals Corp.
             16 Civ. 8882 (GHW)

Dear Judge Woods:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendant in the above-referenced action. I write, on behalf of Defendant, to respectfully request an adjournment of the status conference in this case from 4:00 pm at January 4, 2021 to 4:00 pm at January 12, 2021. In addition, Defendant respectfully requests an extension of time for the deadline for parties' motion for summary judgment from January 12, 2021 to January 19, 2021. This is the seventh letter motion requesting adjournment of the deadlines noted above.

      This request is being made because, as a result of Mayor of City of New York's furlough order,[1] I will be required to take a furlough day in December and January. My furlough days for those months fall on December 28, 2020 and January 4, 2021 and thus I will be unable to work on those days. Further, additional time to submit Defendant's motion for summary judgment is requested given the holidays and the aforementioned furlough days. Plaintiff does not consent to the requested adjournments because he believes there have been too many adjournments and extensions in this case.

---

[1] https://www1.nyc.gov/office-of-the-mayor/news/674-20/mayor-de-blasio-expanded-furloughs-city-employees

- 2 -

Accordingly, Defendant respectfully requests that the Court adopt the proposed revised schedule[2]:

- Joint Status Letter- January 5, 2021
- Status Conference – January 12, 2021, at 4:00 p.m.
- Deadline for Summary Judgment Motion, if any, January 19, 2021

I appreciate the Court's attention and consideration of this request.

Respectfully Submitted,

/s/
M. Adil Yaqoob
Assistant Corporation Counsel

Cc: Oludotun Akinde
Plaintiff *Pro Se*
485 East Lincoln Avenue
Apt. 216
New York, NY 10552

Application granted.  The status conference scheduled for January 4, 2021 is adjourned to January 12, 2021 at 11:00 a.m.  The joint status letter requested in the case management plan and scheduling order, Dkt. No. 50, is due no later than January 5, 2021.  The deadline for the parties to file motions for summary judgment, if any, is extended to January 19, 2021.  In advance of filing any motion for summary judgment, the parties must file a pre-motion letter as required by the Court's Individual Rules of Practice in Civil Cases.  Except as expressly modified by this order, the case management plan entered by the Court, Dkt. No. 50, remains in full force and effect.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.
SO ORDERED.
Dated:  December 15, 2020

_____
GREGORY H. WOODS
United States District Judge

---

[2] The other deadlines in this case should not be effected by the requested adjournments