```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
OLUDOTUN AKINDE,

                    Plaintiff,

-v -

NEW YORK CITY HEALTH AND HOSPITAL
CORPORATION and SHARI SINGLETON,

                    Defendants.
-------------------------------------------------------------------X

1:16-cv-08882-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On January 12, 2021, the Court held a status conference in this case. For the reasons stated on the record, Defendant is directed to produce Plaintiff's personnel file, hard copy files left in Plaintiff's office cabinet, and responsive electronic files by March 5, 2021.

Defendant's request for leave to file a motion for summary judgment, Dkt. No. 88, is granted. The deadline for Defendant to file and serve its motion for summary judgment is April 5, 2021. Plaintiff's opposition is due within six weeks after service of Defendant's motion; Defendant's reply, if any, is due within two weeks days after service of Plaintiff's opposition.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: January 13, 2021

                                                      GREGORY H. WOODS
                                                   United States District Judge