```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
OLODOTUN AKINDE,                                                    :
                                                                    :
                                    Plaintiff,                      :       1:16-cv-08882-GHW
                                                                    :
                -v -                                                :       ORDER
                                                                    :
NEW YORK CITY HEALTH AND HOSPITAL                                   :
CORPORATION, MS. SHARI SINGLETON                                    :
                                                                    :
                                    Defendants.                     :
                                                                    :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/05/2021

GREGORY H. WOODS, United States District Judge:

On April 5, 2021, the Court held two conferences with the parties. As discussed on the record, the Court will hold a teleconference in this matter on April 7, 2021 at 11:00 a.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which can be found on the Court's website, for dial-in information and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

Defendants are directed to email a copy of this order to Plaintiff.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by first class and certified mail.

SO ORDERED.

Dated: April 5, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge