```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/07/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 :
OLODOTUN AKINDE, :
 :
                    Plaintiff, :    1:16-cv-08882-GHW
 :
       -v - :    ORDER
 :
NEW YORK CITY HEALTH AND HOSPITAL :
CORPORATION, SHARI SINGLETON :
 :
                   Defendants. :
 :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    On April 7, 2021, the Court held a conference with the parties. At the conference, Defendants represented that they had initiated searches for electronic and tangible documents in the possession of various custodians. As discussed on the record, Defendants are directed to provide Plaintiff with all responsive documents resulting from these searches within fourteen days of the entry of this order.

    Defendants are directed to email a copy of this order to Plaintiff. The Court reminds Mr. Akinde that he may register as an ECF user. By doing so, he can assure that he receives documents filed in this matter as soon as they are posted to the docket. The form Mr. Akinde must complete to register is available at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/proseconsentecfnotice-final.pdf.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff by first class and certified mail.

    SO ORDERED.

Dated: April 7, 2021
       New York, New York

                                                          GREGORY H. WOODS
                                                   United States District Judge