UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OLUDOTUN AKINDE,

                Plaintiff,

-against-                                    16 **CIVIL** 8882 (GHW)

                                                        **JUDGMENT**

NEW YORK CITY HEALTH AND HOSPITAL
CORPORATION,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 29, 2022, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). For the foregoing reasons, Defendants' motions for summary judgment are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       March 30, 2022

                                                               **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                               **BY:**

                                                                **Deputy Clerk**