# MANDATE

S.D.N.Y. – N.Y.C.
16-cv-8882
Woods, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of August, two thousand twenty-two.

Present:
> Eunice C. Lee,
> Beth Robinson,
> Myrna Pérez,
> > *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 12 2022

Oludotun Akinde,

> *Plaintiff-Appellant*,

v.   22-715

New York City Health and Hospitals Corporation,
c/o Harlem Hospital Center, Shari Singleton, Labor Relations,

> *Defendants-Appellees*.

Appellant, pro se, moves for in forma pauperis status and appointment of counsel. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see* 28 U.S.C. § 1915(e).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/12/2022